UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEE BIBBS, | No. 2:22-cv-1501 WBS KJN P |
| Petitioner, | |
| v. | ORDER |
| ROB ST. ANDRE, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, and paid the court's filing fee.

Petitioner did not file his petition on the court's form, and failed to provide details concerning the conviction he challenges. Petitioner is advised that he must identify the conviction so that the court can determine whether he has filed in the proper court.

Therefore, IT IS HEREBY ORDERED that:

1. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order;

2. Any amended petition must bear the case number assigned to this action and the title "Amended Petition"; and

////

////

1

3. The Clerk of the Court is directed to send petitioner the court's form for application for writ of habeas corpus.

Dated: September 21, 2022

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/bibb1501.114